Form no13rrds

# United States Bankruptcy Court

Southern District of Alabama

Case No. **10–05461**

Chapter 13

In re:

| | |
|---|---|
| George Clark<br>dba Clark Trucking, dba KMJ Tours<br>6463 SANDY RIDGE CUV<br>Montgomery, AL 36117 | Atlee G Clark<br>6463 Sandy Ridge Cuv<br>Montgomery, AL 36117 |
| Social Security No.:<br>xxx–xx–7463 | Social Security No.:<br>xxx–xx–9701 |

## NOTICE TO CHAPTER 13 DEBTOR(S) REGARDING REQUIREMENTS FOR DISCHARGE

According to the Chapter 13 Trustee's office, you have completed your Chapter 13 plan payments. However, there are two additional requirements for you to receive a Chapter 13 discharge (release from debt).

Please verify with your attorney before completing and filing the following required documents:

First, you must complete and file the Postpetition Instructional Course Concerning Personal Financial Management (Form B23). This personal financial management course is different from the credit counseling course you took when you first filed bankruptcy. The court's website (www.alsb.uscourts.gov) has a list of online course providers; on the site, go to "Bankruptcy Administrator's Approved List of Financial Management Course Providers."

Second, you must certify you are eligible for discharge, that you are current on your domestic support obligations, and that you are not making certain exemption claims. You do this by completing, signing with a wet signature, and filing a Motion for Discharge for Chapter 12 and 13 Cases Under 11 USC 1228 and 1328 and Certifications Regarding Domestic Support Obligations and Section 522(q) (Form LBF283).

**If you are represented by an attorney, contact him or her right away about satisfying these requirements and getting the proper form filed.** More information and the required forms are available on the court website above (go to "Forms", then "Frequently Used and Local Forms").

You have thirty (30) days from the date of this notice to complete these requirements and file the two forms. If you do not complete the requirements, your bankruptcy case will be closed without your receiving a discharge. If that occurs, in order to receive a discharge you must file a motion to reopen your case and pay an additional filing fee of $235.00.

Dated: 5/18/16

_leonard n. Maldonado_
LEONARD MALDONADO
CLERK, U. S. BANKRUPTCY COURT